MIE 310 Order of Reference to a Magistrate JudgeRev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JAMES JACKSON, ET.AL,

                Plaintiff(s),                Case Number:  09-10041

v.                                       Honorable Patrick J. Duggan

DEA AGENT PATRICK CALDWELL,        Magistrate Judge Charles E. Binder
ET.AL,

                Defendant(s),
_____/

## AMENDED ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

       **IT IS ORDERED** that this matter is referred to United States Magistrate Judge

Charles E. Binder for the following purpose(s):

       ■ **Hearing and Determination pursuant to (28 USC 636 (b)(1)(A)) on:**
MOTION FOR APPOINTMENT OF COUNSEL, APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES FILED 1/6/09; AND FOR
ALL PRETRIAL PROCEEDINGS

DATED:  <u>January 12, 2009</u>          <u>s/Patrick J. Duggan</u>
                                    United States District Judge

## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon James Jackson on the above date by
ordinary mail.

                                    _____
                                      Deputy Clerk